UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alisa Russo

Plaintiff(s)

v.

FleetCor Technologies, et al.

Defendant(s)

CASE No C 4:19-cv-03031 — HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE) (ADR L.R. 5)**
- ☒ **Mediation (ADR L.R. 6)**
- ☐ **Early Settlement Conference with a Magistrate Judge (ADR L.R. 7)**
- ☐ **Private ADR** (*specify process and provider*)

The parties agree that def., whose princ. place of bus. is in GA, may participate by phone.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: September 24, 2019

_____
Attorney for Plaintiff

Date: September 23, 2019

_____
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/25/2019

_____
Haywood S. Gill, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019